NUMBER 13-01-551-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


CRAIG STUMP , Appellant,


v.


JONES, GALLIGAN, KEY AND LOZANO, L.L.P. , Appellee.

___________________________________________________________________


On appeal from the 206th District Court 

of Hidalgo County, Texas

___________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


 Appellant, CRAIG STUMP , attempted to perfect an appeal from a judgment entered by the 206th District Court of
Hidalgo County, Texas, in cause number C-732-00-D . Judgment in this cause was signed on February 11, 2001 . A timely
motion for new trial was filed on March 9, 2001. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due on
May 14, 2001 , but was not filed until May 16, 2001 . 

 Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was
advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would
be dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal,
and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of October, 2001 .